**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Calvin Bernard CULP, Defendant–
Appellant.**

**No. 01–7837.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 26, 2002.

Decided June 13, 2002.

Calvin Bernard Culp, Appellant Pro Se.

Before NIEMEYER and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Calvin Bernard Culp seeks to appeal the
district court's order denying his motion
filed under 28 U.S.C.A. § 2255 (West
Supp.2001). We have reviewed the record
and the district court's opinion and find no
reversible error. Accordingly, we deny a
certificate of appealability and dismiss the
appeal on the reasoning of the district
court. *See United States v. Culp*, Nos.
CR–97–166–MU; CA–01–535–3–02–MU
(W.D.N.C. Oct. 17, 2001). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*